**Order entered January 12, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01222-CV

### IN THE INTEREST OF D.C. AND Q.C., CHILDREN

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-01053-2013**

## ORDER

We **GRANT** appellant's January 8, 2015 motion for extension of time for filing records and briefs **TO THE EXTENT** that the clerk's record and reporter's record shall be filed by **FEBRUARY 23, 2015**. Appellant's brief will be due thirty days after the later of the date the clerk's record or reporter's record is filed. *See* TEX. R. APP. P. 38.6(a).

/s/    ELIZABETH LANG-MIERS
        JUSTICE